# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR FERNANDO SAMBRANO,<br><br>Plaintiff,<br><br>vs.<br><br>CATES, et al.,<br><br>Defendants. | 1:21-cv-01456-AWI-GSA-PC<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL**<br>**(ECF No. 9.)**<br><br>**ORDER DISMISSING CASE, WITHOUT PREJUDICE, FOR FAILURE TO OBEY COURT ORDER**<br>**(ECF No. 7.)**<br><br>**ORDER DIRECTING CLERK TO CLOSE CASE** |

Plaintiff, Oscar Fernando Sambrano, is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 14, 2022, findings and recommendations were issued, recommending that this action be dismissed for Plaintiff's failure to comply with the court's order of November 22, 2021. (ECF No.9.) Plaintiff was granted fourteen days in which to file objections to the findings and recommendations. To date, Plaintiff has not filed objections or otherwise responded to the findings and recommendations.

1

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on January 14, 2022, are adopted in full;
2. This action is dismissed, without prejudice, for Plaintiff's failure to comply with the court's order; and
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   February 28, 2022                                    _____
                                                                                     SENIOR DISTRICT JUDGE